IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

| | |
|---|---|
| GULF RESTORATION NETWORK ) | |
| ) | |
| Plaintiff, ) | |
| ) | CASE NO. 1:17cv130-LG-RHW |
| v. ) | |
| ) | Judge Louis Guirola, Jr. |
| OSCAR RENDA CONTRACTING, INC. ) | |
| ) | Magistrate Judge Robert H. Walker |
| Defendant. ) | |
| ) | |

**JOINT MOTION FOR APPROVAL OF PROPOSED CONSENT JUDGMENT**

NOW INTO COURT, through undersigned counsel, come plaintiff Gulf Restoration Network and defendant Oscar Renda Contracting, Inc., and respectfully move the Court for entry of the proposed consent judgment submitted with this motion as Exhibit 1. Because the claims being settled are part of a citizen enforcement action pursuant to the federal Clean Water Act, which imposes certain procedural requirements on the parties and the Court, the parties propose that, following the lapse of the 45 day comment period on April 14, 2019, the Court enter the proposed consent judgment for the reasons stated above and more fully in the supporting Memorandum, filed herewith and incorporated by reference.

Dated this 15th day of February, 2019.

Respectfully submitted,

*/s/ Robert B. Wiygul*
Robert B. Wiygul (MSB #7348)
WALTZER WIYGUL & GARSIDE LLC
1011 Iberville Dr.
Ocean Springs, MS 39564
Tel: (228) 872-1125
Fax: (228) 872-1128
robert@wwglaw.com
*Attorney for Plaintiff*

*/s/ Todd G. Crawford*
Todd G. Crawford (MSB #102620)
Lugenbuhl, Wheaton, Peck, Rankin & Hubbard
2501 14th Street, Suite 202
Gulfport, MS 39501
tcrawford@lawla.com
*Attorney for Defendant*

### CERTIFICATE OF SERVICE

I hereby certify that on February 15, 2019, I electronically filed the foregoing pleading with the Clerk of the Court using the ECF system which sent notification of such filing to the following: Todd G. Crawford, MS Bar #102620 (counsel for Defendant), and I hereby certify that I have mailed by United States Postal Service the document to the following non-ECF participants: N/A.

*/s/ Robert B. Wiygul*
Robert B. Wiygul (MSB #7348)