IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

**GULF RESTORATION NETWORK**                          **PLAINTIFF**

v.                                **CAUSE NO. 1:17CV130-LG-RHW**

**OSCAR RENDA CONTRACTING, INC.**                    **DEFENDANT**

## ORDER GRANTING JOINT MOTION FOR APPROVAL OF PROPOSED CONSENT JUDGMENT

BEFORE THE COURT is the [150] Joint Motion to Approve Consent Judgment in the above-captioned Clean Water Act case. The Court has reviewed the Motion, the proposed consent judgment, the record in this case, and the relevant law. It is the Court's opinion that the proposed consent judgment is fair, reasonable and equitable in the circumstances of this case.

**IT IS THEREFORE ORDERED AND ADJUDGED** that the [150] Joint Motion to Approve Consent Judgment is **GRANTED**. The consent judgment will enter.

**SO ORDERED AND ADJUDGED** this the 27th day of March, 2019.

                                                     s/ *Louis Guirola, Jr.*
                                                     LOUIS GUIROLA, JR.
                                                     UNITED STATES DISTRICT JUDGE